1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4  E-MAIL  scottnjohnson@dapiinc.com

5  Attorney for Plaintiff Scott N. Johnson

6

7

8            **UNITED STATES DISTRICT COURT**

9          **EASTERN DISTRICT OF CALIFORNIA**

10

11

12

13 Johnson                          ) Case No.**2:09-cv-03311-JAM-JFM**
                                    )
14        Plaintiff,                ) **STIPULATION AND ORDER**
                                    ) **REQUESTING FOR CONTINUANCE OF**
15     vs.                          ) **PRETRIAL CONFERENCE**
                                    )
16 Joe A. and Esther L. Koopman     ) Current Pretrial Schedule:
                                    ) Date: August 19, 2011
17 Family Partnership,              ) Time: 10:00 a.m
                                    ) Courtroom: 6
18        Defendants                )

19

20      Plaintiff, Scott N. Johnson, and Defendants, hereby

21 stipulate to an extension of time in which to continue the

22 Final Pretrial Conference currently set for August 19, 2011

23 to November 4, 2011, at 10:00 a.m. Plaintiff and Defendant

24 Mohammad Munir are in settlement negotiations and hope to

25 get this matter resolved without the need for a Pre-trial

26 Conference.

27 ///

28      STIPULATION AND PROPOSED ORDER REQUESTING FOR CONTINUANCE OF PRETRIAL

                          CONFERENCE

                 CIV: S-09-cv-03311-JAM-JFM - 1

1    DISABLED ACCESS PREVENTS

2    INJURY, INC.

3

4  Dated:  August 2, 2011          /s/Scott N. Johnson _____

5                                  Scott N. Johnson,

6                                  Attorney for Plaintiff

7

8

9                                  WEINTRAUB GENSHLEA CHEDIAK

10

11
   Dated:  August 8, 2011          /s/Alden J. Parker_____
12
                                   Alden J. Parker,
13
                                   Attorney for Defendant,
14
                                   Mohammad Munir
15

16

17

18

19
                                **ORDER**
20

21      IT IS HEREBY ORDERED THAT the parties shall have the
   Final Pretrial conference continued to November 4, 2011 at
22 10:00 a.m. The Trial date is reset to January 9, 2012 at
   9:00 a.m.
23

24 Date:  8/9/2011

25                        /s/ John A. Mendez_____
                          U. S. District Court Judge
26

27

28 STIPULATION AND PROPOSED ORDER REQUESTING FOR CONTINUANCE OF PRETRIAL

                              CONFERENCE

                       CIV: S-09-cv-03311-JAM-JFM - 2

PDF created with pdfFactory trial version www.pdffactory.com