```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>      Plaintiff,<br><br>   vs.<br><br>Joe A. and Esther L. Koopman Family Partnership,<br><br>      Defendants | Case No. **2:09-cv-03311-JAM-JFM**<br><br>**ORDER RE: STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than January 31, 2012.

Date:  1/12/2012

/s/ John A. Mendez
U. S. District Court Judge

PROPOSED ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS

CIV: S-09-cv-03311-JAM-JFM- 1

PDF created with pdfFactory trial version www.pdffactory.com