SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson ) | Case No. **2:09-cv-03311-JAM-JFM** |
|      Plaintiff, ) | **ORDER RE: STIPULATED DISMISSAL** |
|   vs. ) | |
| Mohammad Munir, ) | |
|      Defendant ) | |

IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).

Date:  2/2/2012

/s/ John A. Mendez_____
U. S. District Court Judge

PROPOSED ORDER RE STIPULATED DISMISSAL

CIV: S-09-cv-03311-JAM-JFM- 1