SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, <br>     Plaintiff, <br> vs. <br> Mohammad Munir, <br>     Defendant | Case No. **2:09-cv-03311-JAM-JFM** <br><br> **ORDER RE: STIPULATED DISMISSAL** |

IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).

Date:  2/2/2012

                      /s/ John A. Mendez
                      U. S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com